1 | THOMAS P. O'BRIEN
United States Attorney
2 | LEON W. WEIDMAN
Assistant United States Attorney
3 | Chief, Civil Division
BRENT A. WHITTLESEY
4 | Assistant United States Attorney
Financial Litigation Unit
5 | brent.whittlesey@usdoj.gov
California Bar Number:   73493
6 |       Room 7516AA Federal Building
      300 North Los Angeles Street
7 |       Los Angeles, California 90012
      Telephone: (213) 894-2445
8 |       Facsimile: (213) 894-5900

9 | Attorney for Plaintiff
United States of America

10 |

11 |                UNITED STATES DISTRICT COURT

12 |            FOR THE CENTRAL DISTRICT OF CALIFORNIA

13 |                   SOUTHERN DIVISION

14 | UNITED STATES OF AMERICA,     ) No. SA CR 05-66-CJC (JTLx)
                                  )
15 |          Plaintiff,          ) ~~(PROPOSED)~~
                                  ) **ORDER ON GOVERNMENT'S MOTION**
16 |          v.                  ) **FOR APPOINTMENT OF RECEIVER**
                                  )
17 | SARETH TATH,                 )
                                  )
18 |          Defendant.          )
                                  )
19 |                              )
                                  )
20 |                              )
                                  )
21 | _____)

22 |      The motion of plaintiff United States for appointment of

23 | Richard Weissman to act as receiver of New Paradise Restaurant

24 | LLC ("LLC") and New Paradise Restaurant ("Restaurant") came on

25 | regularly for hearing before the undersigned United States

26 | District Judge on April 23, 2009.  Plaintiff United States

27 | appeared through its attorney of record, Assistant United States

28 | Attorney Brent A. Whittlesey.  Defendant Sareth Tath appeared

through his attorney of record, Joel Levine.  The court having
considered the pleadings filed by the parties, the argument of
counsel, and for good cause shown, ORDERS as follows:

1.  Richard Weissman is hereby authorized and directed to
review and evaluate the operations of LLC and Restaurant to
determine whether it is advisable to continue such operations in
a receivership.  Mr. Weissman shall provide a summary of his
findings and recommendation to the court and the parties.  The
report shall address the status of the pending unlawful detainer
action against the LLC and Restaurant, and shall recommend
whether it is advisable to continue the operations of the LLC and
Restaurant in a receivership.

2.  The officers and employees of LLC and Restaurant shall
cooperate with the investigation by Mr. Weissman by providing his
access to all books and records of LLC and Restaurant, and
providing such information concerning them as Mr. Weissman may
reasonably request.

3.  Mr. Weissman shall conduct his investigation after April
29, 2009.  Mr. Weissman's compensation for his services will be
paid from the assets of a receivership estate, if any, in such
amounts as may be authorized by the court.

//
//
//
//
//
//
//

    4.   Following receipt of the analysis by Mr. Weissman, the court shall conduct such additional hearings concerning the government's motion for appointment of a receiver as may be appropriate.

DATED: May 7, 2009

_____
        HON CORMAC J. CARNEY
      United States District Judge

Submitted by
THOMAS P. O'BRIEN
United States Attorney

LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

      /S/
_____
BRENT A. WHITTLESEY
Assistant United States Attorney

Attorneys for Plaintiff
United States of America


Approved as to form and content:

LAW OFFICES OF JOEL LEVINE

      /S/
_____
JOEL LEVINE

Attorney for Defendant
Sareth Tath